## Court of Criminal Appeals

PD-1115-15

## Cedrick Lewis

V

## State of Texas

FILED IN
COURT OF CRIMINAL APPEALS

DEC 10 2015

Abel Acosta, Clerk

COA Case No. 12-14-00201-CR

PD-1115-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 14 2015

Abel Acosta, Clerk

## *Pro Se Motion In The Forma Pauper's In Regards To Appellate Records; Trial Transcripts. Hearing Requested

If it may please the courts. I am an Indigent Criminal Defendant who is filing my own Appeal PDR, 11.07 2254.

I'm asking the Dear Court to help me with Equal Protection Rights in obtaining my Trial Transcript which is needed for an Effective Appeal & Effective

(1.)

Defense. *Easily v St. 248 S.W. 3d 272 (Tex. App. Houston [1st Dist.] 2007 Id. at 276* quoting *Britt v. North Carolina, 404 U.S. 226, 227, 92 S. Ct. 431, 433, 30 L. Ed. 2d 400 (1971)*

The Supreme Court has Stated that: A Transcription of prior proceedings is presumptively valuable to a Defendant without particularized need. See *Britt, 404 U.S. at 228 92 S. Ct. at 433, 34.*

Under the *Tex. Disciplinary Rules of Professional Conduct 1.14 (d)* the Court or the Client's Attorney may not deprive the defendant his property without compelling reason. And any product that the Attorney generates belongs to the Client

"The Attorney is the agent of the Client and the work product generated by the Attorney in representing the Client belongs to the Client." *In Re George, 28 S.W. 3d 511 (Tex. 2000) at 516.*

I, Honorable Court Pray Respectably

(2.)

The Request I asking of be fulfilled but if not I ask if it so pleases the Court that a Hearing be held and I be present in order to present the Constitutional Issues before us concerning my deep desire in obtaining a Copy of my Formal Proceeding and records ie. Docket Sheet, Indictment, Court Reporters Records, Clerk Records etc.

I appreciate your time and do hope I will be receiving the requested materials in a timely manner due to time restraints and research needed in order to file an effective writ 11.07/2254

Thank you,
With Kind Regards
Sincerely,

Cedrick Lewis
TDC #1938672
AllRED Unit
2101 FM 369 N.
Iowa Park, TX
76367

*Please Reply
In 2 wks

(3.)

# Court of Criminal Appeals

## Cedrick Lewis
v
## State of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 14 2015

Abel Acosta, Clerk

## Affidat of Sworn
## Declaration That all is True
## enven under Perjury.

Honorable Court I ask in the Interest of Justice that my Motion for appellate Record from Trial Court be Granted in due respect for an appeal process which concerns Constitutional Violations ~~which~~ in False Imprisonment and Cruel and unusual Punishment which info is needed to effectively file an 11.07/2254

(1.)

I pray upon the Blessings of the Honorable Court to grant these Motions and concern therein especially to set an hearing. Under all circumstances it is beleived that Ineffective Assistance of Counsel has been delivered in among of ways records would make & fulfill the interest of Justice.

Thank You Sincerely,

Cedrick Lewis
TDC# 1938672
AllRED Unit
2101 FM 369 N.
Iowa Park, Tx
76367

<u>Please Reply in 2 wks.</u>

(2)